## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONNA CRAIG** | § | **CIVIL ACTION NO.: 5:11-CV-1986** |
| | § | |
| **VERSUS** | § | **JUDGE S. MAURICE HICKS** |
| | § | |
| **DESOTO PARISH SHERIFF** | § | **MAGISTRATE JUDGE MARK L.** |
| **AND TERRY YETMAN** | § | **HORNSBY** |

## RULE 26(f) CASE MANAGEMENT REPORT

A meeting of counsel, as listed below, was held on January 11, 2012, by telephone.

**Plaintiff, DONNA CRAIG**
Represented by:
Mr. T. Taylor Townsend
Kelly & Townsend, L.L.C.
Post Office Box 756
Natchitoches, Louisiana 71458-0756
318-352-2353
318-352-8918 (fax)

**Defendant, DESOTO PARISH SHERIFF, RODNEY ARBUCKLE**
**Defendant, TERRY YETMAN**
Represented by:
Mr. James R. Sterritt
Cook, Yancey, King & Galloway
Post Office Box 22260
Shreveport, Louisiana 71120-2260
318-221-6277
318-227-7850 (fax)

1. **Nature of Plaintiff's Claim**

Civil rights (false arrest and excessive force)

2. **Bench or Jury Trial**

Jury trial requested by plaintiff in the original Petition filed with the 42nd Judicial District Court, DeSoto Parish, Louisiana; Docket #73,089.

### 3.  Initial Disclosures

The parties will exchange initial disclosures by February 1, 2012.

### 4.  Jurisdiction

No party challenges the court's subject matter jurisdiction.

### 5.  Joinder of Parties and Amendment of Pleadings

At this time, no party anticipates seeking leave to amend a pleading or add a party.  The parties suggest a deadline of 30 days after the scheduling conference for any joinder or amendment.

### 6.  Discovery Issues

A.  No discovery issues at this time.

B.  The parties propose a deadline of five (5) months after the scheduling conference for completion of discovery.

### 7.  Motion Practice

A.  There are no pending motions at this time.

B.  The parties may file a dispositive motion on some or all of the issues. The parties suggest that the deadline for dispositive motions should be thirty (30) days after the discovery deadline.

### 8.  Alternative Dispute Resolution

The parties may consider mediation after some discovery in this case.

### 9.  Related Cases

None.

### 10. Trial by Magistrate Judge

The parties do not consent to trial by Magistrate Judge at this time.

KELLY & TOWNSEND, L.L.C.

By:   /s/T. Taylor Townsend
      T. TAYLOR TOWNSEND
      Louisiana Bar Roll# 20021
137 St. Denis Street
P.O. Box 756
Natchitoches, Louisiana 71458-0756
(318) 352-2353
(318) 352-8918 (Fax)
ATTORNEY FOR PLAINTIFF, DONNA
CRAIG


COOK, YANCEY, KING & GALLOWAY
A Professional Law Corporation

By:   /s/James R. Sterritt
      James R. Sterritt, #18447
      Gregg A. Wilkes, #20419
333 Texas Avenue, Suite 1700
Post Office Box 22260
Shreveport, Louisiana 71120-2260
Telephone:  (318) 221-6277
Telecopier:  (318) 227-7850
James.sterritt@cookyancey.com
Gregg.wilkes@cookyancey.com
ATTORNEYS FOR DESOTO PARISH
SHERIFF, RODNEY ARBUCKLE AND
TERRY YETMAN